McKERNAN, Appellant, v. INTERNATIONAL RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by John T. McKernan, as administrator, etc., against the International Railway Company and another. No opinion. Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the motion for a nonsuit was improperly granted; that the evidence

presented questions of fact as to the negligence of the defendants and as to the plaintiff's interstate's freedom from contributory negligence.